```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13867
   PAUL F LUKESH
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-1771


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/02/07 .

     2.  The case was dismissed without confirmation, 10/19/2007.

     3.  The Debtor paid a total of $    635.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
MORTGAGE CLEARING CORP   CURRENT MORTG          .00          .00            .00
MORTGAGE CLEARING CORP   MORTGAGE ARRE   NOT FILED           .00            .00
MORTGAGE CLEARING CORP   SECURED                .00          .00            .00
MORTGAGE CLEARING CORP   MORTGAGE ARRE   NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC          .00          .00         343.52
DIVISION OF CHILD SUPPOR CHILD SUPPORT   NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00         .00           .00
PRINCIPAL PAID      343.52          .00         .00         .00        343.52
INTEREST PAID          .00          .00         .00         .00           .00
TOTAL PAID          343.52          .00         .00         .00        343.52
The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3500.00
and was paid $    500.00  direct and $     262.90  through the plan.

The Trustee received $      28.58 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/14/08                    /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                              PAGE   2
    CASE NO. 07 B 13867 PAUL F LUKESH